FILED by _____ D.C.

APR 0 9 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
"IN ADMIRALTY"

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | )   Civil Action No. **15-21366** |
| | )   WILLIAMS |
| v. | )   SIMONTON |
| | ) |
| 75 cases, more or less of an article | )   <u>VERIFIED COMPLAINT</u> |
| of drug, in individual cartons | )   <u>FOR FORFEITURE IN REM</u> |
| labeled in part: | ) |
| | ) |
| (case) | ) |
| | ) |
| ***Stratus Pharmaceuticals, Inc.*** | ) |
| ***X-Viate 40% Gel*** | ) |
| | ) |
| (carton) | ) |
| | ) |
| "***X-Viate™***40%***NDC 58980- | ) |
| 624-15***UREA 40% IN A GEL BASE | ) |
| *** STRATUS***" | ) |
| | ) |
| 840 cases, more or less of an article | ) |
| of drug, in individual cartons labeled | ) |
| in part: | ) |
| | ) |
| (case) | ) |
| | ) |
| ***Stratus Pharmaceuticals, Inc.*** | ) |
| ***X-Viate 40% Cream*** | ) |
| | ) |
| (carton) | ) |
| | ) |
| "***NDC 58980-625***X-Viate™*** | ) |
| 40%***UREA 40% IN A CREAM*** | ) |
| ***STRATUS***" | ) |
| | ) |
| 2639 cases, more or less of an article | ) |
| of drug, in individual cartons labeled | ) |
| in part: | ) |

1

(case)

\*\*\*Stratus Pharmaceuticals, Inc.\*\*\*
\*\*\*Vasolex Ointment\*\*\*

(carton)

"\*\*\*NDC 58980-790\*\*\*Vasolex™ Ointment
\*\*\*(Trypsin USP, Balsam Peru, Castor
Oil USP)\*\*\*STRATUS\*\*\*"

162 cases, more or less of an article
of drug, in individual cartons labeled
in part:

(case)

\*\*\*Stratus Pharmaceuticals, Inc.\*\*\*
\*\*\*Nuquin HP 4% Cream\*\*\*

(carton)

"\*\*\*NDC 58980-574\*\*\*NUQUIN® HP 4%
CREAM RX\*\*\*(HYDROQUINONE USP, 4%)\*\*\*
STRATUS\*\*\*"

275 cases, more or less of an article
of drug, in individual cartons labeled
in part:

(case)

\*\*\*Stratus Pharmaceuticals, Inc.\*\*\*
\*\*\*Melquin HP 4% Cream\*\*\*

(carton)

"\*\*\*NDC 58980-472\*\*\*MELQUIN® HP 4%
CREAM\*\*\*(HYDROQUINONE USP, 4%)\*\*\*
STRATUS\*\*\*"

928 cases, more or less of an article
of drug, in individual cartons labeled
in part:

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

2

(case)                                              )
                                                    )
***Stratus Pharmaceuticals, Inc.***                )
***Hypercare Solution***                           )
                                                    )
(carton)                                            )
                                                    )
"***NDC 58980**150***HYPERCARE™***                  )
Aluminum Chloride (Hexahydrate) 20%***              )
STRATUS***"                                         )
                                                    )
419 cases, more or less of an article              )
of drug, individual cartons labeled                )
in part:                                            )
                                                    )
(case)                                              )
                                                    )
***Stratus Pharmaceuticals, Inc.***                )
***Clarifying Wash***                              )
                                                    )
(carton)                                            )
                                                    )
"***NDC 58980-335***CLARIS™***                      )
Clarifying Wash***Sodium Sulfacetamide             )
10% and Sulfur Wash 4%***In a Urea                 )
Vehicle***STRATUS***"                               )
                                                    )
2086 cases, more or of an article                  )
of drug, in individual cartons labeled             )
in part:                                            )
                                                    )
(case)                                              )
                                                    )
***Stratus Pharmaceuticals, Inc.***                )
***Antipyrine & Benzocaine USP                     )
Solution***                                        )
                                                    )
(carton)                                            )
                                                    )
"***STRATUS***NDC 58980-200***                      )
ANTIPYRINE & BENZOCAINE***Otic Solution            )
USP***"                                             )
                                                    )
4323 cases, more or less of an article             )
of drug, in individual cartons labeled             )
in part:                                            )

3

|                                                                                      |     |
| ------------------------------------------------------------------------------------ | --- |
| (case)                                                                               | )   |
|                                                                                      | )   |
| ***Stratus Pharmaceuticals, Inc.***                                                  | )   |
| ***Sodium Sulfacetamide 10%                                                          | )   |
| & Sulfur 5% Cleanser***                                                              | )   |
|                                                                                      | )   |
| (carton)                                                                             | )   |
|                                                                                      | )   |
| "***NDC 58980-340***SODIUM***                                                        | )   |
| SULFACETAMIDE 10%***& SULFUR 5%***                                                   | )   |
| CLEANSER***STRATUS***"                                                               | )   |
|                                                                                      | )   |
| and                                                                                  | )   |
|                                                                                      | )   |
| any other articles of drugs, identified above,                                       | )   |
| in any size, form, or type of container that are                                     | )   |
| located anywhere on the premises of                                                  | )   |
| Stratus Pharmaceuticals, Inc.,                                                       | )   |
| 12379 SW 130th St., Miami, Florida                                                   | )   |
| or elsewhere within the jurisdiction                                                 | )   |
| of this Court,                                                                       | )   |
|                                                                                      | )   |
| Defendants.                                                                          | )   |

The United States of America, by its attorney, Wifredo A. Ferrer, United States Attorney for the Southern District of Florida, and Franklin G. Monsour, Jr., Assistant United States Attorney, respectfully states and alleges as follows:

## NATURE OF THE ACTION

1.     The United States of America seeks seizure, forfeiture, and condemnation of defendant articles of drug as described in the caption, in accordance with the Federal Food, Drug, and Cosmetic Act ("the Act"), 21 U.S.C. § 301, *et seq*.

JURISDICTION AND VENUE

2.      Plaintiff brings this action *in rem* in its own right to condemn and forfeit the defendant articles.  This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345 and 21 U.S.C. § 334, which provide this Court with jurisdiction over seizures brought under the Act.

3.      This Court has *in rem* jurisdiction over the defendant articles because they are located in the Southern District of Florida.  Upon filing of the complaint, the United States of America requests that the Court issue an arrest warrant *in rem* pursuant to the Supplemental Rules for Certain Admiralty and Maritime Claims ("Supplemental Rules") of the Federal Rules of Civil Procedure, Supplemental Rule G(3)(b), which the plaintiff will execute upon the defendant articles pursuant to Supplement Rule G(3).

4.      Venue is proper in this District pursuant to 28 U.S.C. § 1395(b) and 21 U.S.C. § 334(a)(1) because the defendant articles are located at Stratus Pharmaceuticals, Inc. ("Stratus"), 12379 SW 130th Street, Miami, Florida.

BASIS FOR FORFEITURE

5.      The defendant articles listed in the caption are drugs within the meaning of 21 U.S.C. § 321(g)(1).  The articles are drugs that under the Act, 21 U.S.C. § 355(a), may not be introduced or delivered for introduction into interstate commerce because they are new drugs within the meaning of 21 U.S.C. § 321(p) that are not generally recognized, among experts qualified by scientific training and experience to evaluate the safety and effectiveness of drugs, as safe and effective for use under the conditions prescribed, recommended, or suggested in the labeling thereof; no approvals of applications filed pursuant to 21 U.S.C. §§ 355(b) or (j) are in effect for these drugs; and they are not exempt from approval under 21 U.S.C. § 355(i).

5

6.     The defendant articles are misbranded within the meaning of the Act, 21 U.S.C.

§ 352(f)(1), when introduced into or while in interstate commerce or while held for sale after

shipment in interstate commerce, in that their labeling fails to bear adequate directions for use,

and they are not exempt from this requirement under regulation 21, Code of Federal Regulations,

Section 201.115.

7.     By reason of the foregoing, the defendant articles are held illegally within the jurisdiction

of this Court and are liable to seizure and condemnation pursuant to 21 U.S.C. § 334.

FACTS

8.     In June 2006, the United States Food and Drug Administration ("FDA") published

Compliance Policy Guide ("CPG") Sec. 440.100, "Marketed New Drugs Without Approved

NDAs and ANDAs," to emphasize the need for FDA's approval of new drugs and to describe

how the agency intends to exercise its enforcement discretion.  At that time, the agency

employed a risk-based approach to prioritize its enforcement activities for these illegally

marketed products.  On September 21, 2011, in a Federal Register notice, FDA revised the 2006

CPG to establish that any unapproved new drug product is subject to immediate enforcement

action.

9.     Stratus is an own-label marketer and distributor of primarily dermatologic and otic over-

the-counter and prescription drug products, including the following prescription drugs:  X-Viate

(Urea) Gel and Cream, Vasolex Ointment, Nuquin HP Cream, Melquin HP Cream, Hypercare

Solution, Claris Clarifying Wash, Antipyrine and Benzocaine Otic Solution, and Sodium

Sulfacetamide Sulfur Cleanser.  These products are contract manufactured by Sonar Products,

Inc. ("Sonar") located in Carlstadt, New Jersey, and subsequently shipped to Stratus for further

distribution.  Eighty percent of Sonar is owned by Stratus.  These drug preparations for

dermatologic and otic conditions are marketed without FDA approval, and, pursuant to CPG

440.100, are subject to immediate enforcement action.

10.     During a November 18 through December 8, 2014 FDA inspection, investigators

provided a copy of the 2011 CPG to Stratus's President, Mr. Alberto Hoyo, and Vice President

of Operations, Mr. John Billoch.  Mr. Hoyo stated that he read and understood the 2011 CPG;

Mr. Billoch stated that he had not read the 2011 CPG, but he was aware of the unapproved status

of Stratus's products.

11.     FDA's review of the product labels collected during the 2014 inspection demonstrates

defendant articles's intended uses as drugs.  For example, the following claims were made for

the following products:

X-Viate™

- "For debridement and promotion of normal healing of hyperkeratotic surface lesions, particularly where healing is retarded by local infection, necrotic tissue, fibrinous or prurient [sic] debris or eschar."

- "Urea is useful for the treatment of hyperkeratotic conditions such as . . . psoriasis, xerosis, ichthyosis, eczema, keratosis, keratoderma . . ."

Vasolex™ Ointment

- "is used to promote wound healing and the treatment of decubitus ulcers, varicose ulcers and dehiscent wounds."

Nuquin® HP 4% Cream and Melquin® HP 4% Cream

- "For the gradual bleaching of hyperpigmented skin conditions."

Hypercare™ 20% Solution

- "An aid in the management of hyperhidrosis."

Claris™ Clarifying Wash and Sodium Sulfacetamide 10% and Sulfur 5% Cleanser

- "is indicated in the topical control of acne vulgaris, acne rosacea and seborrheic dermatitis."

Antipyrine and Benzocaine Otic Solution

- "Acute Otitis media..."
- "reduction of inflammation in the congestive and serous stages"
- "adjuvant therapy during systemic antibiotic administration . . ."

12.     That by reason of the foregoing, the defendant articles are held illegally within the jurisdiction of this Court and are liable to seizure, forfeiture, and condemnation.

WHEREFORE, the United States of America prays:

1.     That process issue according to the procedures of this Court in cases of actions *in rem*;

2.     That any persons having any interest in the articles be given notice to file a claim and to answer the allegations in the complaint;

3.     That this Court enter a judgment of condemnation against the articles and grant plaintiff the cost of this proceeding against the claimant of the articles;

4.     That the articles be disposed of as this Court may direct pursuant to the provisions of the Act; and

5.     That the plaintiff has such other and further relief as the case may require.

Dated: *April 3, 2015*

WIFREDO A. FERRER
United States Attorney

BY: _____
FRANKLIN G. MONSOUR, JR.
Assistant United States Attorney
Southern District of Florida
99 NE 4th Street
Miami, FL  33132
(305) 961-9001
*Fla. Bar No.: A5501761*

8

MICHAEL S. BLUME
Director
By:_____
HEIDE HERRMANN
Trial Attorney
Consumer Protection Branch
Department of Justice, Civil Division
P.O. Box 386
Washington, D.C. 20044
Tel.:
Fax:


Of Counsel:

WILLIAM B. SCHULZ
General Counsel

ELIZABETH H. DICKINSON
Chief Counsel
Food and Drug Division

PERHAM GORJI
Deputy Chief Counsel for Litigation

DEEONA GASKIN
Associate Chief Counsel for Enforcement
Food and Drug Division
Dept. of Health and Human Services
10903 New Hampshire Avenue
Silver Spring, MD 20943-0002
Tel: 240-402-5053

<u>Verification</u>

Carla Norris hereby declares as follows:

    1.  I am a Compliance Officer with the United States Food and Drug Administration, United States Department of Health and Human Services, and, as such, have knowledge of the facts underlying this action.

    2.  I have read the within verified complaint *in rem* and know the contents thereof.

    3.  The matters contained in the within verified complaint *in rem* are true and accurate to the best of my knowledge, information and belief.

    4.  The source of my information and the grounds for my belief are my personal knowledge, information provided by other law enforcement officers, and the official files and records of the United States Food and Drug Administration, United States Department of Health and Human Services and other law enforcement agencies.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  Maitland, Florida
       April 8, 2015

_____
Carla Norris
Compliance Officer
United States Food and Drug Administration
United States Department of Health and Human Services