UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 15-CV-21366-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

75 cases, more or less of an article of drug, and STRATUS PHARMACEUTICALS, INC.,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AND DECREE OF CONDEMNATION, FORFEITURE, AND DESTRUCTION

**THIS MATTER** is before the Court on the government's motion for default judgment and decree of condemnation, forfeiture, and destruction. (DE 16). On April 9, 2015, Plaintiff, the United States of America, filed a Verified Complaint for Forfeiture *In Rem* ("Verified Complaint") against the above-captioned defendant articles ("Articles"). (DE 1). The Verified Complaint alleges that the Articles are drugs that may not be introduced or delivered into interstate commerce under the Federal Food, Drug, and Cosmetic Act (the "Act"), 21 U.S.C. § 355(a) because they are new drugs within the meaning of 21 U.S.C. § 321(p). (DE 1 ¶ 5). The Verified Complaint further alleges that there are no approved applications or exemptions in effect for any of the Articles pursuant to 21 U.S.C. §§ 355(b), (i), or (j) (*id.*); that the Articles "are misbranded within the meaning of the Act, 21 U.S.C. § 352(f)(1), when introduced into or while in interstate commerce or while held for sale after shipment in interstate commerce" (*id.* ¶ 6); and

that all Articles are subject to seizure, condemnation, and forfeiture to the United States of America pursuant to 21 U.S.C. § 334. (*Id.* ¶ 7).

Magistrate Judge Goodman issued a warrant for arrest *in rem* on April 9, 2015 (DE 2), and the United States Marshals Service (USMS) for this District seized the Articles on April 13, 2015. (*See* DE 9). Notice of the arrest and seizure were published on the official government internet forfeiture website, www.forfeiture.gov, on May 14, 2015 pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Rules"). (DE 13). Defendant Stratus Pharmaceuticals, Inc. was also served with a copy of the Verified Complaint. (DE 12). No person or entity, including Stratus Pharmaceuticals, has appeared to claim the Articles within the time specified by the arrest warrant and Supplemental Rule G(5). The Clerk of the Court filed a Clerks Entry of Default against Defendant Stratus Pharmaceuticals on September 29, 2015. (DE 15).

The Court having reviewed the motion and the record, it is hereby **ORDERED AND ADJUDGED** that the United States' motion for default judgment and decree of condemnation, forfeiture, and destruction is **GRANTED** as follows:

1. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1345 and 21 U.S.C. § 334. Venue is proper in this District under 28 U.S.C. § 1395(b) and 21 U.S.C. § 334(a)(1).

2. There being no claimants to the Articles, a judgment of default is **ENTERED** against the Articles pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure.

3. All of the Articles are unapproved new drugs and misbranded as alleged in the Verified Complaint, and are therefore subject to condemnation, forfeiture, and destruction.

4. Pursuant to 21 U.S.C. § 334, the Articles are condemned and forfeited to the United States of America.

5. Pursuant to 21 U.S.C. § 334(d), the USMS for this District shall forthwith destroy the condemned and forfeited Articles and make due return to this Court. Destruction shall be in a manner that complies with the requirements of applicable federal and state laws.

6. The Clerk of the Court is directed to **CLOSE** this case. All hearings are **CANCELED**. All motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 26th day of October, 2015.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE